UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| v. | * | NO. 00-0204 |
| SALLY C. WILSON | * | SECTION: "T" (3) |

* * *

## J U D G M E N T

Defendant, Sally C. Wilson, was served with the summons and complaint and failed to plead or otherwise defend. The legal time for pleading or otherwise defending has expired, and a default has been entered against Sally C. Wilson according to law. Therefore,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that there be judgment in favor of the United States of America and against Sally C. Wilson in the sum of $8,583.27, interest accruing on $2,740.57 at the rate of 8 percent per annum or the daily rate of $0.60 from November 23, 1999, to date of judgment; interest accruing on $2,533.57 at the rate established annually by the U.S. Department of Education pursuant to 20 U.S.C. § 1077a from November 23, 1999 to date of judgment; interest from date of judgment until paid in full at the Treasury bill rate, 28 U.S.C. § 1961; and the costs of this proceeding.

New Orleans, Louisiana, this  20th  day of April, 2000.

DATE OF ENTRY
APR 2 0 2000

LORETTA G. WHYTE
CLERK, UNITED STATES DISTRICT COURT

BY: _____
DEPUTY CLERK

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
Doc.No. ___