AO 133   (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __LOUISIANA__

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAY -5 P 3: 21

LORETTA G. WHYTE
CLERK

UNITED STATES OF AMERICA

V.

SALLY C. WILSON

**BILL OF COSTS**

Case Number.   00-0204 "T" (3)

Judgment having been entered in the above entitled action on __April 20, 2000__ against __Sally Wilson__,
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | $ 150.00 |
| Fees for service of summons and subpoena | 95.88 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on reverse side) | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | |
| Docket fees under 28 U.S.C 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) | 20.00 |
| TOTAL $ | 265 88 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to:   __Sally C. Wilson__.

Signature of Attorney: _[signature]_

Name of Attorney: __ENID A. FRANCIS, Assistant United States Attorney, Chief, Civil Division__

For: __UNITED STATES OF AMERICA__   Date:
     Name of Claiming Party

Please take notice that I will appear before the clerk who will tax said costs on the following day and time.   Date and Time: May 25, 2000 at 3.00 p

Costs are taxed in the amount of __$265.88__ and included in the judgment.

__Loretta G. Whyte__   By· _[signature]_   5/25/00
Clerk of Court                Deputy Clerk                Date